**Penny FOSTER, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Defendant–Appellee.**

**No. 08–3332.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 16, 2009.

Filed: Sept. 9, 2009.

Before LOKEN, Chief Judge, HANSEN and COLLOTON, Circuit Judges.

PER CURIAM.

Penny Foster applied for Social Security disability and supplemental security income benefits, alleging total disability primarily from low back pain and an anxiety disorder. After a hearing, an administra-

tive law judge (ALJ) denied benefits, and the Appeals Council denied administrative review. The district court remanded for additional proceedings. After a second hearing, a second ALJ denied Foster's claims, and the Appeals Council again denied administrative review. Foster commenced this action under 42 U.S.C. § 405(g) seeking judicial review of the Commissioner's final decision denying all benefits.

The district court [1] affirmed the Commissioner's decision, concluding in a thorough opinion that the findings and conclusions were supported by substantial evidence in the administrative record as a whole. Foster appeals, arguing that the ALJ improperly discounted the opinions of her treating physicians and her subjective complaints of pain. After careful review of the record, we affirm for the reasons stated in the district court's Order dated September 30, 2008. *See* 8th Cir. R. 47B.

---

1. The HONORABLE JERRY W. CAVANEAU, United States Magistrate Judge for the Eastern District of Arkansas, presiding with the consent of the parties pursuant to 28 U.S.C. § 636(c).